DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ENGECON CONSTRUCTION, INC.,**
Appellant/Cross-Appellee,

v.

**PALM BEACH COUNTY, FLORIDA,**
Appellee/Cross-Appellant.

No. 4D2022-2625

[January 25, 2024]

Appeal and cross appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 502021CA001512.

Joseph W. Lawrence, II and Mike Piscitelli of Vezina, Lawrence & Piscitelli, P.A., Fort Lauderdale, for appellant/cross-appellee.

Helene C. Hvizd, Senior Assistant County Attorney, and Shane Weaver and Scott H. Holtz, Assistant County Attorneys, Palm Beach County Attorney's Office, West Palm Beach, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***